IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CRIMINAL CASE NO. 3:08cr145**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MIGUEL SOLIS-GONZALEZ. | ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion to Continue Plea Deadline [Doc. 16].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion to Continue Plea Deadline [Doc. 16] is **ALLOWED**. The parties shall have until October 3, 2008 to file a plea agreement in this case.

Signed: September 26, 2008

Martin Reidinger
United States District Judge