# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:08cr145

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MIGUEL SOLIS-GONZALEZ. ) | |

**THIS MATTER** is before the Court on the Defendant's Objection to Memorandum and Recommendation [Doc. 19, filed September 29, 2008].

On August 20, 2008, the Defendant moved to dismiss the bill of indictment in this matter. [Doc. 13]. Magistrate Judge David C. Keesler recommended that the motion be denied. [Doc. 18, filed September 26, 2008]. The Government, however, has now moved to dismiss the indictment. [Doc. 20, filed October 6, 2008], and that motion has been granted, and Defendant's objection is, therefore, moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's Objection to Memorandum and Recommendation is **DENIED** as moot.

Martin Reidinger
United States District Judge

Signed: October 7, 2008