# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:08cr145

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **MIGUEL SOLIS-GONZALEZ.** | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 20, filed October 6, 2008].

The defendant has signed a plea agreement in *United States v. Miguel Solis-Gonzalez,* W.D.N.C. Case No. 3:08PO2. As a result, there is good cause for allowing the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 20] is **GRANTED** and the Government is hereby granted leave to dismiss the Indictment in this matter, without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

**IT IS FURTHER ORDERED** that the Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney.

**IT IS SO ORDERED**.

Signed: October 7, 2008

Martin Reidinger
United States District Judge